HENRY KOZANE, Respondent, *v.* SUN INSURANCE OFFICE, Appellant.

*Kozane* v. *Sun Insurance Office*, 142 App. Div. 926, affirmed.
(Submitted December 13, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 17, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a policy of fire insurance.

*George H. Bond* for appellant.

*Jerome L. Cheney* and *Clinton S. Carr* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

MICHAEL F. DOLAN, Appellant, *v.* LONG ISLAND RAILROAD COMPANY, Respondent.

*Dolan* v. *Long Island R. R. Co.*, 144 App. Div. 684, affirmed.
(Argued December 13, 1912; decided December 31, 1912.)

APPEAL from a judgment entered June 23, 1911, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which overruled plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denied a motion for a new trial, and directed judgment for defendant upon the dismissal of the complaint by the trial court in an action to recover for damage to property alleged to have been occasioned by the negligence of defendant.

*Rufus O. Catlin* and *James C. Cropsey* for appellant.

*William C. Beecher* and *Joseph F. Keany* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.